UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE NEWBERY and HOLLY RINGLING, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | Civil Action No. 1:22-cv-05325 |

**JOINT STIPULATION TO STAY PROCEEDINGS PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION'S DECISION ON MOTION FOR TRANSFER AND CONSOLIDATION UNDER 28 U.S.C. § 1407**

Defendant, Samsung Electronics America, Inc. ("Samsung") and Plaintiffs, Jorge Newbery and Holly Ringling ("Plaintiffs"), by and through undersigned counsel, hereby stipulate and agree as follows:

1. On September 29, 2022, Plaintiffs filed a Complaint against Samsung.

2. Plaintiffs served a copy of the Complaint on Samsung on October 4, 2022.

3. On October 7, 2022, Plaintiffs in a related action currently pending in the Northern District of California, styled *Seirafi, et al. v. Samsung Electronics America, Inc.*, No. 3:22-cv-5176, filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings before the United States Judicial Panel on Multidistrict Litigation (the "MDL Petition"), specifically listing this action for inclusion in any centralization order issued by the Panel. *See In re: Samsung Customer Data*

1

*Security Breach Litigation*, MDL No. 3055, ECF No. 1. Accordingly, the Panel's decision on the MDL Petition may directly impact this case and whether it proceeds in this Court.

4. In light of the possibility that this action might not proceed in this Court, the parties agree that a stay of these proceedings during the pendency of the MDL Petition would save judicial and party resources.

5. Courts routinely stay proceedings pending a determination of a motion to transfer and consolidate pursuant to 28 U.S.C. § 1407. *See, e.g.*, *Walter v. Monsanto Co.*, 2019 WL 13223281, at *2 (N.D. Ill. Oct. 30, 2019) (granting motion to stay in the interest of "preserving judicial resources and avoiding duplicative efforts").

WHEREFORE, the parties hereby stipulate, through their respective counsel, that this action be stayed pending the Panel's determination on the MDL Petition. Should the Panel deny centralization of the actions that are the subject of the MDL Petition (including this one), the parties will confer and jointly submit a proposed order lifting the stay for the Court's review and approval, which will include a deadline for Samsung's response to the Complaint.

Respectfully Submitted,

Dated: November 18, 2022

*/s/ Julie B. Porter*
Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER
& PORTER, PLLC
1010 Davis Street
Evanston, IL 60201
T: (312) 283-5711
porter@spplaw.com

*Attorney for Defendant Samsung Electronics America, Inc.*

*/s/ Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr. (#6231944)
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
T: (312) 440-0020
firm@attorneyzim.com

*Attorney for Plaintiffs Jorge Newbery and Holly Ringling*

## **CERTIFICATE OF SERVICE**

    I, Julie B. Porter, one of the attorneys for Defendant Samsung Electronics America, Inc., hereby certify that I caused a copy of the foregoing to be served via the Court's CM/ECF system, which will provide electronic notification on all counsel of record registered as CM/ECF users.

Dated: November 18, 2022                                            */s/ Julie B. Porter*
                                                                                             Attorney for Defendant